UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARRY JONES,<br><br>            Plaintiff,<br>    v.<br><br>JP MORGAN CHASE, N.A.,<br><br>            Defendant. | Case No.: 12-CV-00488-LHK<br><br>ORDER VACATING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE |

Pursuant to Civil Local Rule 7-1(b), the Court finds the Motion to Dismiss appropriate for determination without oral argument. Accordingly, the hearing and case management conference scheduled for October 11, 2012 are hereby VACATED. The Court will issue an order on the Motion to Dismiss shortly.

**IT IS SO ORDERED.**

Dated: October 3, 2012

_____
LUCY H. KOH
United States District Judge